DOUGLAS COUNTY V. CHARLES B. KELLER ET AL.

FILED MAY 6, 1896.   No. 8280.

Counties: VOID SALE OF LAND: PURCHASE MONEY. This case is controlled by the decision in *Stenberg v. State,* 48 Neb., 299, decided herewith.

ERROR from the district court of Douglas county. Tried below before DAVIS and DUFFIE, JJ.

*William D. Beckett* and *Read & Beckett,* for plaintiff in error.

*Charles B. Keller* and *George W. Doane, contra.*

NORVAL, J.

This is the second appearance of this case in this court, the opinion affirming the judgment of the court below being reported in 43 Neb., 635.   After the issuance of the mandate and the filing thereof in the district court, the county filed a motion to set aside and vacate the judgment upon various grounds, among others, that the court had no jurisdiction of the subject-matter of the action, which motion was subsequently overruled, and the county prosecutes error therefrom.

Precisely the same questions argued and presented herein were involved in the case of *Stenberg v. State*, 48 Neb., 299, decided herewith, and following the decision therein, the judgment is

AFFIRMED.